NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROL ANN VASKO,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5014

---

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00370-MBH, Judge Marian Blank Horn.

---

**ON MOTION**

---

**O R D E R**

Carol Ann Vasko moves for leave to withdraw her informal brief, and for an extension of time to file a formal brief. The court notes that Vasko submitted her formal brief on January 29, 2014.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                           VASKO v. US


The motions are granted. Vasko's informal brief is withdrawn and her formal brief is accepted for filing. The United States' response brief is due within 40 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21